# United States Court of Appeals for the Federal Circuit

---

April 18, 2023

**ERRATA**

---

Appeal Nos. 2021-2263, 2021-2264, 2021-2265, 2021-2266

**SEQUOIA TECHNOLOGY, LLC,**
*Plaintiff-Appellant*

**v.**

**DELL, INC., DELL TECHNOLOGIES INC., EMC CORPORATION, AKA DELL EMC, HEWLETT-PACKARD ENTERPRISE CO., HITACHI VANTARA CORPORATION, SUPER MICRO COMPUTER, INC., HITACHI LTD.,**
*Defendants-Appellees*

-------------------------------------------------

Appeal No. 2021-2267

**RED HAT, INC.,**
*Plaintiff/Counterclaim Defendant-Appellee*

**v.**

**SEQUOIA TECHNOLOGY, LLC,**
*Defendant/Counterclaim Plaintiff-Appellant*

**ELECTRONICS AND TELECOMMUNICATIONS**

## RESEARCH INSTITUTE,
*Defendant-Appellant*

**v.**

## INTERNATIONAL BUSINESS MACHINES CORPORATION,
*Counterclaim Defendant-Appellee*

————————————

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-02027-LPS-CJB, Judge Leonard P. Stark.

————————————

Decided:  April 12, 2023
Precedential Opinion

————————————

Please make the following change:

On page 15, footnote 5, change "The district court did rely on this extrinsic evidence, *see Decision*, 2021 WL 2010448, at *3," to "The district court did not explicitly rely on this extrinsic evidence, *see Decision*, 2021 WL 2010448, at *3–4"